**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**MARIA VELAZQUEZ-TORRES, et al.,**

   **Plaintiffs,**

      **v.**                                              **CIVIL NO. 11-1719 (GAG)**

**Pfizer Pharmaceuticals,**

      **Defendant.**

**JUDGMENT**

   Pursuant to the court's order at Docket No. 33, judgment is hereby entered dismissing all claims between these parties with prejudice.  Each party is to bear its own fees, costs and expenses.

   **SO ORDERED.**

   In San Juan, Puerto Rico this 19th day of March, 2012.

                                        *s/ Gustavo A. Gelpí*
                                        GUSTAVO A. GELPI
                                        United States District Judge